EDWARD T. DONOVAN v. BELT LINE RAILWAY CORPORATION. EDWARD DONOVAN v. BELT LINE RAILWAY CORPORATION.— Application denied, with ten

dollars costs and stay vacated. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.